1218

COM.

v.

**LOVE, W.**

**2559 EDA 2015**

Superior Court of Pennsylvania.

04/27/2017

CP–45–CR–0002788–2013 (Monroe)

Affirmed

COM.

v.

**CHRISTMAS, V.**

**177 EDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–51–CR–0013153–2009 (Philadelphia)

Affirmed

COM.

v.

**TITH, M.**

**3720 EDA 2015**

Superior Court of Pennsylvania.

04/27/2017

CP–51–CR–0015686–2013 (Philadelphia)

Reversed/Remanded

COM.

v.

**RIVERA, H.**

**853 EDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–51–CR–1106201–1996 (Philadelphia)

Affirmed